UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARRINGTON PERKINS,

    Plaintiff,

v.

                                     Case No. 23-cv-12384
                                     Honorable Linda V. Parker

CITY SHIELD SECURITY SERVICES,

    Defendant.
_____/

## ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO EXTEND DISCOVERY (ECF NO. 18)

       Plaintiff Arrington Perkins ("Mr. Perkins") filed this lawsuit against his former employer, Defendant City Shield Security Services ("City Shield"), claiming race discrimination in violation of Title VII of the Civil Rights Act of 1964 and 42 U.S.C. § 1981. Pursuant to the Court's Scheduling Order, the deadlines for discovery and dispositive motions were August 1 and September 13, 2024, respectively. (ECF No. 12.)

       The matter is presently before the Court on Mr. Perkins' motion to extend discovery, filed August 9, 2024. (ECF No. 18; *see also* ECF No. 20 (Reply).) City Shield opposes the motion. (ECF No. 19.) While the motion was pending, City Shield filed a motion for summary judgment on the dispositive motion deadline (ECF No. 21), which was subsequently fully briefed (ECF Nos. 22-25).

In his response brief to City Shield's dispositive motion, Mr. Perkins does not suggest that he cannot adequately oppose the motion because of the outstanding discovery he is seeking to take. (*See generally* ECF No. 22.) In fact, in a footnote, Mr. Perkins states that he "does not wish to delay submission of [City Shield's summary judgment] motion until discovery is completed[,]" and he "avers that as to the arguments made by [City Shield] it [sic] believes summary judgment be denied based on [his] opposition." (*Id.* at PageID. 322 n.2.) Mr. Perkins indicates, however, that the additional discovery will be needed for trial. (*Id.* at PageID. 323 n.3.)

If Mr. Perkins' claims do not survive summary judgment, however, further discovery will be unnecessary. Therefore, the Court is denying the motion to extend discovery without prejudice. If the Court decides that Mr. Perkins' Title VII and/or § 1981 claims should be submitted to a jury, he may refile his motion if he still wishes to pursue the additional discovery. Any renewed request shall be filed within fourteen (14) days of this Court's summary judgment decision.

**SO ORDERED**.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: March 19, 2025